**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

TOBY J. SUTTON                                                                                    PLAINTIFF

v.                                          No. 3:11CV00075 JLH

ARKANSAS STATE UNIVERSITY                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, Toby J. Sutton's claim under 42 U.S.C. § 1983 and the Fourteenth Amendment to the Constitution of the United States is dismissed with prejudice. Toby J. Sutton's claims against Arkansas State University that arise under state law are dismissed without prejudice.

IT IS SO ORDERED this 23rd day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE